ROBERT J. GORDON v. MICHAEL J. STAVOLA.

April 7, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN S. KUBASTA.

April 7, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GUSTAVE ZOMBORKA.

April 7, 1977. Petition for certification denied.

INMONT CORPORATION v. JOHN CLAUSE.

April 7, 1977. Petition for certification denied.

CHAMBER OF COMMERCE OF EASTERN UNION COUNTY v. RICHARD LEONE, ET AL.

April 7, 1977. Certification to the Superior Court, Chancery Division, is granted.

CITIZENS FOR CHARTER CHANGE IN ESSEX COUNTY v. NICHOLAS V. CAPUTO.

October 8, 1975. Petition for certification denied. (See 136 N. J. Super. 424)